IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOZOL BROS. INC.,<br>An Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARLISLE ROOFING SYSTEMS, INC.<br>A Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:19-cv-00666<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

COMES NOW defendant Carlisle Roofing Systems, Inc. by and through their attorneys of record, Baker Sterchi Cowden & Rice, LLC, and hereby certify that Defendant Carlisle Roofing System, Inc.'s First Supplemental Answers to Plaintiff's Interrogatories were served via electronic mail on this 11th day of September, 2019 to the following:

Ronald J. Broida
Joseph K. Nichele
Emmet C. Fairfield
Broida and Nichele, Ltd.
1250 East Diehl Road, Suite 108
Naperville, IL 60563
lawyers@broida-law.com
*Attorneys for Plaintiffs*

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, LLC

_____
Martha Charepoo #6284731
100 North Broadway, 21st Floor
St. Louis, Missouri 63102

T: (314) 345-5000
F: (314) 345-5055
mcharepoo@bscr-law.com

and

James S. Kreamer #39682
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
T: (816) 471-2121
F: (816) 472-0288
kreamer@bscr-law.com

**ATTORNEYS FOR DEFENDANT
CARLISLE ROOFING SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2019, the foregoing was filed electronically with this courts electronic filing system, which will send Notices of Electronic Filing to all counsel of record.

*/s/ signature*